IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Benjamin Collins, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kika Scott, Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendants.[1] | C/A No.:  1:24-cv-03330-ELH |

## STIPULATION OF DISMISSAL

Whereas COVID-19 was removed from the list of "vaccine preventable diseases" required for an alien who seeks admission as an immigrant to demonstrate that he or she is not inadmissible under 8 U.S.C. § 1182(a)(1)(ii) as of March 11, 2025;

Whereas proof of COVID-19 vaccination is no longer required for an alien who seeks admission as an immigrant to demonstrate that he or she is not inadmissible under 8 U.S.C. § 1182(a)(1)(ii) as of March 11, 2025; and

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this case with prejudice, each party to bear its own fees and costs.

---

[1] The Complaint names as Defendants public officers in their official capacities. Pursuant to Federal Rule of Civil Procedure 25(d), Defendants request that the Court substitute: Senior Official Performing the Duties of Director Kika Scott for former Director of U.S. Citizenship and Immigration Services, Ur M. Jaddou; and Acting Director Susan Monarez for former Director of the Centers for Disease Control and Prevention, Mandy Cohen.

Date: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principle Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

*/s/ Daniel Schutrum-Boward*
Daniel Schutrum-Boward
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 919-1670
Facsimile: (202) 305-7000
Daniel.R.Schutrum-Boward@usdoj.gov

ERIC BECKENHAUER
Assistant Branch Director

 */s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
DC Bar No. 1660091
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-0693
Fax: (202) 616-8460
Email: michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*


JW HOWARD ATTORNEYS, LTD.
LAW OFFICES OF WARNER MENDENHALL, INC.

By:  */s Scott J. Street*
Scott J. Street
Attorneys for Plaintiffs
BENJAMIN COLLINS et al.

*Attorneys for Plaintiffs*